IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRIAN KEITH MISENHEIMER**
**ADC #136527**                                                                                          **PETITIONER**

v.                          Case No. 5:12-cv-00387 KGB/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Brian Keith Misenheimer's 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed with prejudice (Dkt. No. 1).

IT IS SO ORDERED THIS the 20th day of May, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE